UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EARL VANCE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>　　　　Defendant | Case No.: 2:25-cv-06858-AB (SSCx)<br><br>Judge: Hon. Andre Birotte Jr.<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT** |

　　In light of the parties' stipulation, the Court **REMANDS** this case to the Superior Court of the State of California for the County of Los Angeles.

　　Plaintiff's Motion for Remand (Dkt. No. 14) is **DENIED AS MOOT**.

　　**IT IS SO ORDERED.**

Dated: September 26, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE